UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | )  | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 7 |
| CAPE COD LODGE, LLC, | ) | Case No. 24-11706-CJP |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO COMPEL
PRODUCTION OF DOCUMENTS FROM THE KEEPER OF THE RECORDS
OF JPMORGAN CHASE BANK, N.A. PURSUANT TO FED. R. BANKR. P. 2004**

Donald Lassman, Chapter 7 Trustee of the above-captioned estate (the "Trustee"), hereby moves for the entry of an order compelling the production of documents from the keeper of the records of JPMorgan Chase Bank, N.A. (the "Examinee"). In support of his motion, the Trustee states as follows:

1. On August 22, 2024, Cape Cod Lodge, LLC (the "Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). By order dated November 21, 2024, this Court converted the Debtor's case to a case under Chapter 7 of the Bankruptcy Code. That same day, the Trustee was appointed Chapter 7 Trustee.

2. According to the Debtor's schedules, at the time of the petition it had a checking account (account number ending 2661) with the Examinee.

3. Despite repeated request, the Debtor has failed to produce any statements for its account with the Examinee.

4. Pursuant to Fed. R. Bankr. P. 2004(a)-(b), "[o]n motion of any party in interest, the court may order the examination of any entity," insofar as it relates to "the acts, conduct, or

property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate." Further, pursuant to Fed. R. Bankr. P. 2004(c) and 9016, the Trustee may subpoena documents from an entity compelled to appear for examination.

5. The Trustee wishes to investigate the financial condition and acts of the Debtor by reviewing the records of the Examinee regarding the account(s) of the Debtor.

6. The documents the Trustee seeks are described in Schedule A attached hereto. Although Schedule A does not contain any time limit for the document sought, the Trustee notes that the Debtor was formed in June 2022 and filed its petition in August 2024, which itself provides a natural time limit.

7. These requests for examinations and documents relate directly to the Debtor's acts and the Trustee's administration of the Debtor's bankruptcy estate.

WHEREFORE, the Trustee respectfully requests that this Court enter an order:

1. Requiring the keeper of the records of the Examinee to produce to the Trustee's counsel, at a time and place to be designated by the Trustee or his counsel, on not less than fourteen (14) days' written notice, all of the documents in the Examinee's possession, custody, or control described in Schedule A attached hereto;

2. Authorizing the issuance of subpoenas and subpoenas *duces tecum* pursuant to Fed. R. Bankr. P. 2004(c) and 9016; and

3. Granting such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    DONALD LASSMAN,
      CHAPTER 7 TRUSTEE,

    By his attorneys,

    /s/ Adam J. Ruttenberg
    Adam J. Ruttenberg (BBO# 553158)
    BEACON LAW GROUP, LLC
    935 Great Plain Avenue, #116
    Needham, MA  02492
    (617) 235-8600
    aruttenberg@beaconlawgroup.com

Dated:  May 28, 2025

**CERTIFICATE OF SERVICE**

I, Adam J. Ruttenberg, hereby certify that on May 28, 2025, a true copy of **Chapter 7 Trustee's Motion to Compel Production of Documents from the Keeper of the Records of JPMorgan Chase Bank, N.A. Pursuant to Fed. R. Bankr. P. 2004,** (with **Schedule A** and proposed **Order** attached) was served on the following by first-class mail, postage prepaid:

JPMorgan Chase Bank, N.A.
Attn:  President
1111 Polaris Pkwy
Columbus, OH 43240

I understand that notice of this filing was sent by the Court, by e-mail, to:

- Joseph G. Butler    jgb@jgbutlerlaw.com, JGButlerlaw@gmail.com
- Jacqueline Doyle    jmp@bostonbusinesslaw.com
- Jonathan Hixon    JMH@bostonbusinesslaw.com
- Justin Kesselman    justin.a.kesselman@usdoj.gov
- Richard King – B    USTPRegion01.BO.ECF@USDOJ.GOV
- Donald Lassman    don@lassmanlaw.com, dlassman@ecf.axosfs.com
- Michael H Theodore    mtheodore@cohnanddussi.com, lcohn@cohnanddussi.com

    /s/ Adam J. Ruttenberg
    Adam J. Ruttenberg