UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re<br><br>CAPE COD LODGE, LLC,<br><br>Debtor. | Chapter 7<br>Case No. 24-11706-CJP |

### ORDER

Upon consideration of the Chapter 7 Trustee's Motion to Compel Production of Documents from the Keeper of the Records of JPMorgan Chase Bank, N.A. Pursuant to Fed. R. Bankr. P. 2004, (the "Motion"), no objection to the Motion having been filed, it is hereby ORDERED that:

1. The Motion is ALLOWED.

2. Donald Lassman, Chapter 7 Trustee (the "Trustee") is authorized to require the keeper of the records of JPMorgan Chase Bank, N.A. to produce to the Trustee's counsel, at a time and place to be designated by the Trustee or his counsel, on not less than fourteen (14) days' written notice, all of the documents in JPMorgan Chase Bank, N.A.'s possession, custody, or control described in Schedule A attached to the Motion.

3. The issuance of one or more subpoena or subpoenas duces tecum pursuant to Fed. R. Bankr. P. 2004(c) and 9016 is authorized, such subpoena(s) being subject to the normal objections that can be asserted under the rules.

4. The hearing scheduled for June 25, 2025 is canceled as unnecessary.

Dated: June 20, 2025

Christopher J. Panos
United States Bankruptcy Judge