UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 7 |
| CAPE COD LODGE, LLC, | ) ) | Case No. 24-11706-CJP |
| Debtor. | ) ) ) |  |

## TRUSTEE'S OBJECTION TO CLAIM OF CLEAN LAUNDRY FUNDING

Donald R. Lassman, Chapter 7 Trustee (the "Trustee") of the above-captioned estate, hereby objects to proof of claim filed by Clean Laundry Funding. The details of such objection are set forth below:

Claimant: Clean Laundry Funding

Claim No: 14

Amount: $21,253.38 consisting of $18,000.00 as a secured claim and $3,253.38 as an unsecured nonpriority claim

Basis for Objection: The documents attached to the proof of claim indicate that this claim is secured by laundry equipment. Such collateral was not administered by the Trustee, and indeed by order dated February 26, 2025, the claimant was granted relief from the automatic stay to exercise its remedies with respect to its collateral. The secured claim of claimant should be paid from its collateral and not by the bankruptcy estate.

Recommended Allowance: $3,253.38 as an unsecured nonpriority claim.

WHEREFORE, the Trustee respectfully requests, pursuant to 11 U.S.C. § 502, that this Court enter an Order disallowing the claim of Clean Laundry Funding, denominated as Claim No. 14 on the Court's claims register, to the extent set forth herein, and granting such other relief as is just and proper.

Respectfully submitted,

DONALD LASSMAN,
  CHAPTER 7 TRUSTEE,

By his attorneys,


/s/ Adam J. Ruttenberg
Adam J. Ruttenberg (BBO# 553158)
BEACON LAW GROUP, LLC
935 Great Plain Avenue, #116
Needham, MA  02492
(617) 235-8600
aruttenberg@beaconlawgroup.com

Dated:  January 12, 2026